189 So. 784

### THOMAS v. STATE.
#### 6 Div. 387.

Court of Appeals of Alabama.
June 6, 1939.

———◆———

Bains & Bains, of Bessemer, for appellant.

Thos. S. Lawson, Atty. Gen., and Prime F. Osborn, Asst. Atty. Gen., for the State.

SAMFORD, Judge.

The defendant was indicted on a charge of murder in the first degree. On his trial he was convicted of manslaughter in the first degree.

On the trial of the case there were no questions of merit reserved for our consideration. However, we have read the record, and we find that the defendant has had a fair and an impartial trial under the forms of law.

The judgment is affirmed.

Affirmed.